PENAP, WDREF

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Adversary Proceeding #: 06-01739-reg

- 07 - 396

*Assigned to:* Judge Robert E. Gerber
*Related BK Case:* 02-41729
*Related BK Title:* Adelphia Communications Corporation
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 498 Other Action

*Date Filed:* 09/13/06

RECEIVED JUL 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Plaintiff**
-----------------------

**Rembrandt Technologies LP**

represented by **Brooke A.M. Taylor**
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206-516-3804
Email: Btaylor@susmangodfrey.com
*LEAD ATTORNEY*

**Edgar G. Sargent**
1201 Third Avenue
3800
Seattle, WA 98101
206-516-3804
Email: Esargent@susmangodfrey.com
*LEAD ATTORNEY*

**James L. Garrity, Jr.**
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4879
Fax : (646) 848-4879
Email: jgarrity@shearman.com

**Joseph S. Grinstein**
Susman Godfrey LLP
1000 Louisiana Street
Houston, TX 77002
713-651-9366
Email: jgrinstein@susmangodfrey.com
*LEAD ATTORNEY*



I hereby attest and certify on July 16, 2007 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY
By: _____ Deputy Clerk



**Matthew R. Berry**
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206-373-7394
Email: mberry@susmangodfrey.com
*LEAD ATTORNEY*

**Tibor L. Nagy**
590 Madison Avenue
8th Floor
New York, NY 10022
212-336-8330
Email: Tnagy@susmangodfrey.com
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

| | |
|---|---|
| **Adelphia Communications Corporation**<br>1 North Main Street<br>Coudersport, PA 16915<br>Tax id: 23-2417713 | represented by **Adam L. Shiff**<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019-6799<br>(212) 506-1700<br>Fax : (212) 506-1800<br>Email: ashiff@kasowitz.com |
| **Century-TCI California Communications, LP**<br>c/o Adelphia Communications Corporation<br>1 North Main Street<br>Coudersport, PA 16915<br>Tax id: 25-1858964 | represented by<br><br>**Adam L. Shiff**<br>(See above for address) |
| **Century-TCI Distribution Company, LLC**<br>c/o Adelphia Communications Corporation<br>5619 DTC Parkway<br>Greenwood Village, CO 80111<br>Tax id: 42-1680410 | represented by<br><br>**Adam L. Shiff**<br>(See above for address) |
| **Century-TCI Holdings, LLC**<br>c/o Adelphia Communications Corporation<br>1 North Main Street<br>Coudersport, PA 16915 | represented by<br><br>**Adam L. Shiff**<br>(See above for address) |



| | |
|---|---|
| **Parnassos, L.P.** | represented by **Adam L. Shiff** <br> (See above for address) |
| **Parnassos Communications, LP** <br> c/o Adelphia Communications Corporation <br> 1 North Main Street <br> Coudersport, PA 16915 <br> Tax id: 25-1828176 | represented by <br><br> **Adam L. Shiff** <br> (See above for address) |
| **Parnassos Distribution Company I, LLC** <br> c/o Adelphia Communications Corporation <br> 5619 DTC Parkway <br> Greenwood Village, CO 80111 <br> Tax id: 42-1680413 | represented by <br><br> **Adam L. Shiff** <br> (See above for address) |
| **Parnassos Distribution II, LLC** <br> c/o Adelphia Communications Corporation <br> 5619 DTC Parkway <br> Greenwood Village, CO 80111 <br> Tax id: 42-1680415 | represented by <br><br> **Adam L. Shiff** <br> (See above for address) |
| **Parnassos Holdings, LLC** <br> c/o Adelphia Communications Corporation <br> 1 North Main Street <br> Coudersport, PA 16915 <br> Tax id: 25-1828178 | represented by <br><br> **Adam L. Shiff** <br> (See above for address) |
| **Western NY Cablevision, LP** <br> c/o Adelphia Communications Corporation <br> 1 North Main Street <br> Coudersport, PA 16915 <br> Tax id: 25-1804166 | represented by <br><br> **Adam L. Shiff** <br> (See above for address) |

**Counter-Claimant**
------------------------

| | |
|---|---|
| **Adelphia Communications Corporation** <br> 1 North Main Street <br> Coudersport, PA 16915 <br> Tax id: 23-2417713 | represented by **Adam L. Shiff** <br> (See above for address) <br><br> **Shelley C. Chapman** <br> Willkie Farr & Gallagher LLP <br> 787 Seventh Avenue <br> New York, NY 10019-6099 <br> (212) 728-8268 <br> Fax : (212) 728-8111 |



Email: maosbny@willkie.com

**Century-TCI California Communications, LP**
c/o Adelphia Communications Corporation
1 North Main Street
Coudersport, PA 16915
Tax id: 25-1858964

represented by

**Adam L. Shiff**
(See above for address)

**Shelley C. Chapman**
(See above for address)

**Century-TCI Distribution Company, LLC**
c/o Adelphia Communications Corporation
5619 DTC Parkway
Greenwood Village, CO 80111
Tax id: 42-1680410

represented by

**Adam L. Shiff**
(See above for address)

**Shelley C. Chapman**
(See above for address)

**Century-TCI Holdings, LLC**
c/o Adelphia Communications Corporation
1 North Main Street
Coudersport, PA 16915

represented by

**Adam L. Shiff**
(See above for address)

**Shelley C. Chapman**
(See above for address)

**Parnassos Communications, LP**
c/o Adelphia Communications Corporation
1 North Main Street
Coudersport, PA 16915
Tax id: 25-1828176

represented by

**Adam L. Shiff**
(See above for address)

**Shelley C. Chapman**
(See above for address)

**Parnassos Distribution Company I, LLC**
c/o Adelphia Communications Corporation
5619 DTC Parkway
Greenwood Village, CO 80111
Tax id: 42-1680413

represented by

**Adam L. Shiff**
(See above for address)

**Shelley C. Chapman**
(See above for address)

**Parnassos Distribution II, LLC**
c/o Adelphia Communications

represented by **Adam L. Shiff**
(See above for address)

Corporation
5619 DTC Parkway
Greenwood Village, CO 80111
Tax id: 42-1680415

|  |  |
|---|---|
|  | **Shelley C. Chapman**<br>(See above for address) |
| **Parnassos Holdings, LLC**<br>c/o Adelphia Communications<br>Corporation<br>1 North Main Street<br>Coudersport, PA 16915<br>Tax id: 25-1828178 | represented by<br><br>**Adam L. Shiff**<br>(See above for address)<br><br>**Shelley C. Chapman**<br>(See above for address) |
| **Parnassos, L.P.** | represented by **Adam L. Shiff**<br>(See above for address)<br><br>**Shelley C. Chapman**<br>(See above for address) |
| **Western NY Cablevision, LP**<br>c/o Adelphia Communications<br>Corporation<br>1 North Main Street<br>Coudersport, PA 16915<br>Tax id: 25-1804166 | represented by<br><br>**Adam L. Shiff**<br>(See above for address)<br><br>**Shelley C. Chapman**<br>(See above for address) |

V.

**Counter-Defendant**
------------------------

| **Rembrandt Technologies LP** | represented by **James L. Garrity, Jr.**<br>(See above for address) |
|---|---|

| **Filing Date** | # | **Docket Text** |
|---|---|---|
| 09/13/2006 | 1 | Adversary case 06-01739. Complaint against Adelphia Communications Corporation, Century-TCI California Communications, LP, Century-TCI Distribution Company, LLC, Century-TCI Holdings, LLC, Parnassos, L.P., Parnassos Communications, LP, Parnassos Distribution Company I, LLC, Parnassos Distribution II, LLC, Parnassos Holdings, LLC, Western NY Cablevision, LP /*Complaint for Post-Petition Patent Infringement* (Pursuant to Section 498 (Other Action)) Filed by Rembrandt Technologies LP, Adelphia Communications Corporation. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Garrity, James) (Entered: 09/13/2006) |
| 09/13/2006 | | Receipt of Complaint(06-01739-reg) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 3908896. Fee amount 250.00. (U.S. Treasury) (Entered: 09/13/2006) |
| 09/13/2006 | 2 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 11/14/2006 at 09:45 AM at Courtroom 621 (REG), Answer due by 10/13/2006, (Leggett, Venice) (Entered: 09/13/2006) |
| 10/02/2006 | 3 | Application for Pro Hac Vice Admission filed by Tibor L. Nagy on behalf of Rembrandt Technologies LP. Filing fee collected, receipt #170300. (Su, Kevin) (Entered: 10/02/2006) |
| 10/02/2006 | 4 | Application for Pro Hac Vice Admission filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. Filing fee collected, receipt #170301. (Su, Kevin) (Entered: 10/02/2006) |
| 10/02/2006 | 5 | Application for Pro Hac Vice Admission filed by Edgar G. Sargent on behalf of Rembrandt Technologies LP. Filing fee collected, receipt #170302. (Su, Kevin) (Entered: 10/02/2006) |
| 10/03/2006 | 6 | Order Granting Application for Pro Hac Vice re: Tibor L. Nagy (Related Doc # 3) signed on 10/3/2006. (Blum, Helene) (Entered: 10/03/2006) |
| 10/03/2006 | 7 | Order Granting Application for Pro Hac Vice Brooke A.M. Taylor (Related Doc # 4) signed on 10/3/2006. (Blum, Helene) (Entered: 10/03/2006) |
| 10/03/2006 | 8 | Order Granting Application for Pro Hac Vice re: Edgar G. Sargent (Related Doc # 5) signed on 10/3/2006. (Blum, Helene) (Entered: 10/03/2006) |
| 10/10/2006 | 9 | Affidavit of Service *of Summons and Complaint on Century-TCI Distribution Company, LLC;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 10 | Affidavit of Service *of Summons and Complaint on Parnassos Distribution Company I, LLC;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 11 | Affidavit of Service *of Summons and Complaint on Parnassos Distribution Company II, LLC;* filed by Brooke A.M. Taylor on behalf |

| | | |
|---|---|---|
| | | of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 12 | Affidavit of Service *of Summons and Complaint on Parnassos Holding, LLC;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 13 | Affidavit of Service *of Summons and Complaint on Century-TCI Holdings, LLC;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 14 | Affidavit of Service *of Summons and Complaint on Century-TCI California Communications, L.P.;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 15 | Affidavit of Service *of Summons and Complaint on Parnassos, L.P.;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 16 | Affidavit of Service *of Summons and Complaint on Parnassos Communications, L.P.;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 17 | Affidavit of Service *of Summons and Complaint on Western NY Cablevision, LP;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/10/2006 | 18 | Affidavit of Service *of Summons and Complaint on Adelphia Communications Corporation;* filed by Brooke A.M. Taylor on behalf of Rembrandt Technologies LP. (Lee, Lisa) (Entered: 10/11/2006) |
| 10/17/2006 | 19 | So Ordered Stipulation signed on 10/17/2006 Between All Parties Extending Defendants' Time to Answer. (Blum, Helene) (Entered: 10/17/2006) |
| 10/26/2006 | 20 | So Ordered Stipulation signed on 10/26/2006 Extending Time for Defendants to Answer. (Blum, Helene) (Entered: 10/26/2006) |
| 11/08/2006 | 23 | Application for Pro Hac Vice Admission filed by Matthew R. Berry on behalf of Rembrandt Technologies LP. $25.00, Receipt Number 170843 (Porter, Minnie) Modified on 11/28/2006 (Porter, Minnie). (Entered: 11/17/2006) |
| 11/13/2006 | 21 | Application for Pro Hac Vice Admission filed by Joseph S. Grinstein on behalf of Rembrandt Technologies LP. Filing fee collected, receipt |

| | | |
|---|---|---|
| | | #170705. (Su, Kevin) (Entered: 11/13/2006) |
| 11/13/2006 | 22 | Order Granting Application for Pro Hac Vice re: Joseph S. Grinstein (Related Doc # 21) signed on 11/13/2006. (Blum, Helene) (Entered: 11/13/2006) |
| 11/20/2006 | 24 | So Ordered Agreed Protective Order signed on 11/20/2006 Between All Parties. (Blum, Helene) (Entered: 11/20/2006) |
| 11/20/2006 | 25 | So Ordered Stipulation signed on 11/20/2006 Between All Parties re: Discovery Schedule. (Blum, Helene) (Entered: 11/20/2006) |
| 11/20/2006 | 29 | Transcript *of Hearing Held on November 14, 2006 at 9:39 AM, Re: Pretrial Conference* (related document(s)2) filed by Rand Transcript Service, Inc.. (Braithwaite, Kenishia) (Entered: 12/05/2006) |
| 11/21/2006 | 26 | Order Granting Application for Pro Hac Vice re: Matthew R. Berry (Related Doc # 23) signed on 11/20/2006. (Blum, Helene) (Entered: 11/21/2006) |
| 11/27/2006 | 27 | Answer to Complaint (Related Doc # 1), Counterclaim against Rembrandt Technologies LP filed by Shelley C. Chapman on behalf of Adelphia Communications Corporation, Century-TCI California Communications, LP, Century-TCI Distribution Company, LLC, Century-TCI Holdings, LLC, Parnassos Communications, LP, Parnassos Distribution Company I, LLC, Parnassos Distribution II, LLC, Parnassos Holdings, LLC, Parnassos, L.P., Western NY Cablevision, LP. (Attachments: # 1 Certificate of Service)(Chapman, Shelley) (Entered: 11/27/2006) |
| 11/28/2006 | 28 | So Ordered Stipulation signed on 11/28/2006 Between All Parties re: Second Protective Order. (Blum, Helene) (Entered: 11/28/2006) |
| 12/15/2006 | 30 | Response */Plaintiff's Reply to Defendants' Answer and Counterclaims* (related document(s)27) filed by James L. Garrity Jr. on behalf of Rembrandt Technologies LP. (Garrity, James) (Entered: 12/15/2006) |
| 01/10/2007 | 31 | Motion to Withdraw the Reference */Rembrandt Technologies. LP's Motion to Withdraw the Reference to the Bankruptcy Court* filed by James L. Garrity Jr. on behalf of Rembrandt Technologies LP. (Garrity, James) (Entered: 01/10/2007) |
| 01/10/2007 | | Receipt of Motion to Withdraw the Reference (fee)(06-01739-reg) [motion,205] ( 150.00) Filing Fee. Receipt number 4069827. Fee amount 150.00. (U.S. Treasury) (Entered: 01/10/2007) |

| | | |
|---|---|---|
| 01/10/2007 | 32 | Memorandum of Law *in Support of Rembrandt Technologies. LP's Motion to Withdraw the Reference to the Bankruptcy Court* (related document(s)31) filed by James L. Garrity Jr. on behalf of Rembrandt Technologies LP. (Garrity, James) (Entered: 01/10/2007) |
| 01/10/2007 | 33 | Declaration *of Marc B. Hankin is Support of Rembrandt Technologies. LP's Motion to Withdraw the Reference to the Bankruptcy Court* (related document(s)31) filed by James L. Garrity Jr. on behalf of Rembrandt Technologies LP. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Garrity, James) (Entered: 01/10/2007) |
| 01/11/2007 | 34 | Civil Cover Sheet from U.S. District Court, Case Number: 0700214 Judge William H. Pauley (related document(s)31) filed by Clerk's Office of the U.S. Bankruptcy Court. (Rouzeau, Anatin) (Entered: 01/11/2007) |
| 03/14/2007 | 35 | Motion to Transfer Venue *and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. Section 1407* filed by Mitchell G. Stockwell on behalf of Coxcom, Inc.. (Attachments: # 1 Notice of Motion For Transfer and Consolidation of Remrbandt Technologies, LP Patent Litigation# 2 Memorandum of Law In Support of Motion# 3 Exhibit A# 4 Exhibit Lists# 5 Corp. Disclosure Statement# 6 Exhibit 1# 7 Exhibit 2# 8 Exhibit 3# 9 Exhibit 4# 10 Exhibit 5# 11 Exhibit 6# 12 Exhibit 7# 13 Exhibit 8# 14 Exhibit 9# 15 Exhibit 10# 16 Exhibit 11# 17 Exhibit 12# 18 Exhibit 13# 19 Exhibit 14# 20 Exhibit 15# 21 Exhibit 16# 22 Exhibit 17-1# 23 Exhibit 17-2# 24 Exhibit 18# 25 Exhibit 19# (26) Exhibit 20# 27 Exhibit 21# 28 Exhibit 22# 29 Exhibit 23# 30 Exhibit 24# 31 Exhibit 25# 32 Exhibit 26# 33 Exhibit 27# 34 Exhibit 28# 35 Exhibit 29# 36 Exhibit 30# 37 Exhibit 31# 38 Exhibit 32# 39 Exhibit 33# 40 Exhibit 34# 41 Exhibit 35# 42 Exhibit 36# 43 Exhibit 37# 44 Exhibit 38# 45 Exhibit 39# 46 Exhibit 40# 47 Exhibit 41# 48 Exhibit 42# 49 Exhibit 43# 50 Errata B# 51 Certificate of Service) (Chou, Rosalyn) **Modified on 3/16/2007 (Bush, Brent)** (Entered: 03/14/2007) |
| 04/05/2007 | 36 | Response to Motion */Response to Coxcoms Motion for Transfer and Consolidation* (related document(s)35) filed by James L. Garrity Jr. on behalf of Rembrandt Technologies LP. (Attachments: # 1 Notice of Filing Opposition to Coxcom's Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation# 2 Rembrandt's Brief in Opposition# 3 Reason why Oral Argument Should be Heard# 4 Exhibit List# 5 Exhibit 1# 6 Exhibit 2# 7 Exhibit 3# 8 Exhibit 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Exhibit 9# 14 Exhibit 10# 15 Exhibit 11# 16 Exhibit 12# 17 Exhibit 13) (Garrity, James) (Entered: 04/05/2007) |
| 04/23/2007 | 37 | Notice of Appearance in Adversary Proceeding filed by Adam L. Shiff |

| | | |
|---|---|---|
| | | on behalf of Adelphia Communications Corporation, Century-TCI California Communications, LP, Century-TCI Distribution Company, LLC, Century-TCI Holdings, LLC, Parnassos Communications, LP, Parnassos Distribution Company I, LLC, Parnassos Distribution II, LLC, Parnassos Holdings, LLC, Parnassos, L.P., Western NY Cablevision, LP. (Shiff, Adam) (Entered: 04/23/2007) |
| 04/23/2007 | 38 | Motion to Substitute Attorney filed by Adam L. Shiff on behalf of Adelphia Communications Corporation, Century-TCI California Communications, LP, Century-TCI Distribution Company, LLC, Century-TCI Holdings, LLC, Parnassos Communications, LP, Parnassos Distribution Company I, LLC, Parnassos Distribution II, LLC, Parnassos Holdings, LLC, Parnassos, L.P., Western NY Cablevision, LP. (Shiff, Adam) (Entered: 04/23/2007) |
| 04/26/2007 | 39 | Certificate of Service (related document(s)38) filed by Adam L. Shiff on behalf of Adelphia Communications Corporation, Century-TCI California Communications, LP, Century-TCI Distribution Company, LLC, Century-TCI Holdings, LLC, Parnassos Communications, LP, Parnassos Distribution Company I, LLC, Parnassos Distribution II, LLC, Parnassos Holdings, LLC, Parnassos, L.P., Western NY Cablevision, LP. (Shiff, Adam) (Entered: 04/26/2007) |
| 05/03/2007 | 40 | Order Granting Motion to Substitute Attorney (Related Doc # 38) signed on 5/3/2007. (Blum, Helene) (Entered: 05/03/2007) |
| 07/16/2007 | | Motion to Transfer Venue *This Administrative Entry was Entered to Reflect the Accurate Docket Event Code* filed by Clerk's Office of the U.S. Bankruptcy Court. (Chou, Rosalyn) (Entered: 07/16/2007) |
| 07/16/2007 | 41 | Order Granting Motion for Transfer Venue (Related Doc # 35) signed on 7/16/2007 Directing to Forward the Complete Original File Together With a Certified Copy of the Docket Sheet to the District of Delaware.. (Chou, Rosalyn) (Entered: 07/16/2007) |