Vineet Bhatia (VB 9964)
SUSMAN GODFREY L.L.P.
590 Madison Ave., 8th Floor
New York, NY 10022
Main Telephone: (212) 336-8330

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Adelphia Communications Corporation, et al. ) ) ) | Chapter 11 |
| ) | Case No. 02-41729 (REG) |
| Debtors ) | Jointly Administered |
| _____ ) | |
| Rembrandt Technologies, LP ) | |
| ) | Adversary Proceeding |
| *Plaintiff/Counter-defendants* ) | |
| ) | No. 06-01739 (REG) |
| v. ) | |
| ) | |
| Adelphia Communications Corporation; ) | |
| Century-TCI California, LP; ) | |
| Century-TCI California Communications, LP; ) | |
| Century-TCI Distribution Company, LLC; ) | |
| Century-TCI Holdings, LLC; ) | |
| Parnassos, LP; ) | |
| Parnassos Communications, LP; ) | |
| Parnassos Distribution Company I, LLC; ) | |
| Parnassos Distribution Company II, LLC; ) | |
| Parnassos Holdings, LLC; ) | |
| Western NY Cablevision, LP ) | |
| ) | |
| *Defendants/Counterclaimants* ) | |
| _____ | |

**PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER AND COUNTERCLAIMS**

Plaintiff Rembrandt Technologies, LP ("Rembrandt") respectfully submits this Reply to the Answer and Counterclaims of Defendants and Reorganized Debtors in Possession Adelphia Communications Corporation; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Company, LLC; Century-TCI Holdings, LLC;

Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Company I, LLC; Parnassos Distribution Company II, LLC; Parnassos Holdings, LLC; and Western NY Cablevision, LP filed November 27, 2006.

## **PARTIES**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.

## **JURISDICTION AND VENUE**

14. Admitted.
15. Admitted.

## COUNT I

16. Rembrandt repeats and re-alleges its response to paragraphs 1-15 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed September 13, 2006.

    17.    Admitted.

    18.    Denied.

    19.    Denied.

    20.    Denied.

## COUNT II

21. Rembrandt repeats and re-alleges its response to paragraphs 1-20 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed September 13, 2006.

    22.    Admitted.

    23.    Denied.

    24.    Denied.

    25.    Denied.

## COUNT III

26. Rembrandt repeats and re-alleges its response to paragraphs 1-25 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed September 13, 2006.

    27.    Admitted.

    28.    Denied.

    29.    Denied.

30. Denied.

## COUNT IV

31. Rembrandt repeats and re-alleges its response to paragraphs 1-30 of the Counterclaims, and further incorporates by reference its allegations in its Complaint filed September 13, 2006.

32. Admitted.

33. Denied.

34. Denied.

35. Denied.

## PRAYER FOR RELIEF

WHEREFORE, Rembrandt prays that the Court deny in all respects Defendants' prayer for relief, that the Court enter judgment against Defendants on all claims alleged by Defendants, and that the Court enter on behalf of Rembrandt:

(1) An order that the Defendants have infringed the patents-in-suit;

(2) An award of damages for said infringement;

(4) An award of increased damages pursuant to 35 U.S.C. § 284;

(5) An award of all costs of this action, including attorneys' fees and interest; and

(6) Such other and further relief, at law or in equity, to which Rembrandt is justly entitled.

Dated:  December 15, 2006.　　　　　　　　**SUSMAN GODFREY L.L.P.**

　　　　　　　　　　　　　　　　　　　　By: /s/ Vineet Bhatia
　　　　　　　　　　　　　　　　　　　　　　Vineet Bhatia (VB 9964)

　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　590 Madison Ave., 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Main Telephone: (212) 336-8330

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff / Counter-defendant*
　　　　　　　　　　　　　　　　　　　　*Rembrandt Technologies, LP*

## CERTFICATE OF SERVICE

      I, Tibor Nagy, do hereby certify that on December 15, 2006, a true and correct copy of the Plaintiff's Reply to Defendants' Answer and Counterclaims, dated December 15, 2006, was served by electronic mail and first class mail on:

Roger Netzer
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099

Attorneys for Defendants/Counterclaimants
Adelphia Communications Corp. et al.

                                              /s/ Tibor Nagy
                                              Tibor Nagy

Dated: December 15, 2006

                                              SUSMAN GODFREY L.L.P.
                                              590 Madison Ave., 8th Floor
                                              New York, NY 10022
                                              Main Telephone: (212) 336-8330

                                              *Attorneys for Plaintiff / Counter-defendant*
                                              *Rembrandt Technologies, LP*